IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF11 MASTER PARTICIPATION TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD BERRYMAN,<br><br>    Defendant. | Case No. 4:19-cv-00147-SCJ |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

The discovery period is hereby reopened and shall expire 90 days from entry of this Order. Dispositive motions shall be due 30 days following the expiration of the discovery period. These deadlines shall not be extended any further, absent exigent circumstances related to COVID-19 or the birth of Plaintiff's counsel's child, due on July 5, 2020.

1

**IT IS SO ORDERED**, this 30th day of   April                                 2020.


                                             s/Steve C. Jones                                
                                            HONORABLE STEVE C. JONES
                                            UNITED STATES DISTRICT JUDGE


**CONSENTED TO:**

| | |
|---|---|
| */s/ Bret J. Chaness* | */s/ W. Jeremy Salter (by BJC w/ permission)* |
| BRET J. CHANESS | W. JEREMY SALTER |
| GA Bar No. 720572 | GA Bar No. 303979 |
| **RUBIN LUBLIN, LLC** | **The Law Office of W. Jeremy Salter** |
| 3145 Avalon Ridge Place, Suite 100 | P.O. Box 609 |
| Peachtree Corners, GA 30071 | Rome, GA 30162 |
| (678) 281-2730 (Telephone) | (706) 295-1300 (Telephone) |
| (404) 921-9016 (Facsimile) | (706) 295-0238 (Facsimile) |
| ksale@rlselaw.com | jeremy@jsalterlaw.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |